2016-1041 (La. 11/15/16)

**STATE EX REL. Lester R. DYER, III**

v.

**STATE of Louisiana**

**2016–KH–1041**

Supreme Court of Louisiana.

11/15/2016

In re Lester R. Dryer, III;—Plaintiff; Applying for Supervisory and/or Remedial Writs, Parish of Orleans, Criminal District Court Div. K, No. 513–048

Writ granted.

HUGHES, J., additionally concurs and assigns reasons.

Hughes, J., additionally concurring

I point out that according to the minutes of court provided with the writ application, relator was declared incompetent in 2013, found competent in 2014, found incompetent in 2015 and later that year again found competent, and in 2016 again found incompetent. Something wrong here.